**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Gerardo Octavio DE LA PUENTE,
Defendant–Appellant.**

**No. 08–50002.**

United States Court of Appeals,
Ninth Circuit.

Submitted July 22, 2008.*

Filed Aug. 5, 2008.

Stephen I. Goorvitch, Esq., USLA–Office of the U.S. Attorney Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

Carlton Frederick Gunn, Esq., FPDCA–Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: B. FLETCHER, THOMAS, and WARDLAW, Circuit Judges.

### MEMORANDUM **

Gerardo de la Puente appeals the sentence imposed following his guilty plea to forging an endorsement on a treasury check, in violation of 18 U.S.C. § 510(a)(1). He contends that the district court erred in denying him a downward adjustment for acceptance of responsibility under U.S.S.G. § 3E1.1 on the ground that, while awaiting sentencing, he committed new, unrelated crimes. This contention is foreclosed by our recent decision in *United States v. Mara*, 523 F.3d 1036, 1038–39 (9th Cir. 2008). We therefore affirm the district court's judgment.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

